UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-20436-CIV-WILLIAMS

SHERRY LA HUF-BERRY, et al,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., et al,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, ROYAL CARIBBEAN CRUISES LTD., et al, by and through its undersigned counsel, hereby files this Notice with the Court that the above-referenced case has been settled by the parties.

Dated: February 25, 2020

            Respectfully Submitted,

            /s/ *William F. Clair*
            William F. Clair, Esq.
            Florida Bar No.: 693741
            wclair@hamiltonmillerlaw.com
            Jerry D. Hamilton, Esq.
            Florida Bar No. 970700
            jhamilton@hamiltonmillerlaw.com
            Annalisa Gutierrez, Esq.
            Florida Bar No. 97940
            agutierrez@hamiltonmillerlaw.com
            HAMILTON, MILLER & BIRTHISEL, LLP
            *Attorneys for Defendant*
            150 Southeast Second Avenue, Suite 1200
            Miami, Florida 33131-2332
            Telephone:   (305) 379-3686

CASE NO.: 20-20436-CIV-WILLIAMS

Facsimile:    (305) 379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *William F. Clair*
William F. Clair

## SERVICE LIST

| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| Dennis a. Durkin, Esq. | William F. Clair |
| Florida Bar No. None | Florida Bar No. 693741 |
| Dennis A Durkin, Sr. Esq | wclair@hamiltonmillerlaw.com |
| durkinlaw@gmail.com | Jerry D. Hamilton, Esq. |
| P.O. Box 88 | Florida Bar No. 970700 |
| Roseland, New Jersey 07068 | jhamilton@hamiltonmillerlaw.com |
| Telephone: (973) 228-1490 | Annalisa Gutierrez, Esq. |
| Facsimile: (973) 228-7029 | Florida Bar No.  97940 |
| | agutierrez@hamiltonmillerlaw.com |
| | HAMILTON, MILLER & BIRTHISEL, LLP |
| | 150 Southeast Second Avenue, Suite 1200 |
| | Miami, Florida 33131Telephone: (305) 379-3686 |