UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-20436-CIV-WILLIAMS

SHERRY LA HUFF-BERRY, and
DENNIS BERRY,

       Plaintiffs,
vs.

ROYAL CARIBBEAN CRUISES LTD.,
individually and d/b/a ROYAL CARIBBEAN
INTERNATIONAL, a foreign corporation
and JOHN DOES 1-20,

       Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through their respective undersigned counsel, hereby stipulate to the dismissal of the complaint filed in the present action with prejudice, each party to bear their own attorneys' fees and costs. The parties jointly move this Court to enter an Order of Dismissal with Prejudice.

Dated: April 14, 2020

| | |
|---|---|
| William F. Clair, Esq.<br>Hamilton, Miller & Birthisel, LLP<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>*Counsel for Defendants* | Dennis A. Durkin, Esq.<br>P.O. Box 88<br>Dennis A. Durkin, Sr. Esq.<br>Roseland, New Jersey 07068<br>*Attorneys for Plaintiffs* |
| By: /s/ William F. Clair<br>    William F. Clair<br>    Florida Bar No. 693741 | By: /s/ Dennis A. Durkin<br>    Dennis A. Durkin<br>    No Florida Bar No. |